```
                                        FILED
                                        July 16, 2009
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                        CALIFORNIA
                                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 09-0225-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| DANIEL JAMES ROGERS, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL JAMES ROGERS, Case No. MAG. 09-0225-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____   Release on Personal Recognizance

     X     Bail Posted in the Sum of: $10,000.00.

         X     Unsecured Appearance Bond

        ____   Appearance Bond with Surety

         X     (Other) Conditions as stated on the record.

        ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/16/09 at 2:20pm.

By _____
Edmund F. Brennan
United States Magistrate Judge