```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
DANIEL JAMES ROGERS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-00320 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| DANIEL JAMES ROGERS, | ) Date:  September 24, 2009 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by the parties, through counsel, Camil A. Skipper, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Rogers, that the Court should vacate the status conference scheduled for September 24, 2009, at 9:00 a.m.

The parties intend to resolve this matter with a change of plea to a superceding misdemeanor information. The parties will schedule the change of plea hearing before the Hon. Gregory G. Hollows on September 24, 2009, at 2:00 p.m.

/ / /

/ / /

/ / /

1

```
1  Dated: September 16, 2009          Respectfully submitted,
2                                      DANIEL BRODERICK
                                       Federal Defender
3
                                       /s/ M.Petrik
4                                      _____
                                       MICHAEL PETRIK, Jr.
5                                      Assistant Federal Defender
                                       Attorneys for Defendant
6
7  Dated: September 16, 2009          LAWRENCE G. BROWN
                                       United States Attorney
8
                                       /s/ M.Petrik for Camil A. Skipper
9                                      _____
                                       CAMIL A. SKIPPER
10                                     Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: September 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2