DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-cr-320 GGH |
| Plaintiff, ) | ORDER FOR RELEASE OF PASSPORT TO DEFENDANT OR ATTORNEY |
| v. ) | |
| DANIEL JAMES ROGERS, ) | Judge: Hon. Gregory G. Hollows |
| Defendant. ) | |
| _____ ) | |

On December 14, 2009, this matter came before the Court for sentencing. At sentencing, the Court granted Mr. Rogers' request that the Clerk's office release his passport to him. The Clerk's office requires a written order to release the passport.

Good cause appearing therefor,

**IT IS ORDERED** that the Clerk's office release Mr. Rogers' passport to him or to his attorney, Michael Petrik, Jr., Assistant Federal Defender.

Dated: December 18, 2009

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge

rogers.passp

[PROPOSED] ORDER                                1                                09-cr-320 GGH