```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2709
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CASE NO. 2:09-CR-00320-MCE
                                  )
12                 Plaintiff,     )  MOTION TO DISMISS INDICTMENT
                                  )  AND ORDER THEREON
13       v.                       )
                                  )
14  DANIEL JAMES ROGERS,          )
                                  )
15                 Defendant.     )
                                  )
16                                )
    _____ )
17
18       Pursuant to Rule 48 of the Federal Rules of Criminal
19  Procedure, the United States, by and through its undersigned
20  attorney, moves this court for an order dismissing the indictment
21  in the above-captioned matter, case number 2:09-CR-00320-MCE,
22  filed on July 30, 2009.
23       The defendant pleaded guilty to an information charging a
24  misdemeanor violation of Section 1703(b) of Title 28 of the
25  United States Code, Delay or Destruction of Mail.  The defendant
26
27
28
```

was sentenced by  Magistrate Judge Gregory G. Hollows on December 14, 2009.

DATED: December 15, 2009		BENJAMIN B. WAGNER
					United States Attorney

					By: /s/ Camil A. Skipper
					    CAMIL A. SKIPPER
					    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: December 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE